# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 7, 2018

### NO. 03-17-00711-CV

**Calab, Inc., Mosaic, Inc.; Mosaic Martin Luther Homes, Inc.; The Center Serving Persons with Mental Retardation; Unified Care Group; and Mosaic of Bethphage, Appellants**

**v.**

**Texas Department of Aging and Disability Services, Appellee**

### APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
### REVERSED AND REMANDED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on September 29, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and the Department's final orders and remands the administrative cases to the Department for further proceedings. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.